IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES RANDALL HEADLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00224-B |
| | ) | [WO] |
| NATIONS RENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Pursuant to the *Joint Stipulation For Dismissmal* (Doc. 12 , filed Oct. 24, 2005), for good cause, it is hereby **ORDERED** that

1. This cause of action is **dismissed with prejudice**; and

2. The parties shall bear costs separately incurred.

Done this 26th day of October, 2005.

                                        **/s/ Delores R. Boyd**
                                        DELORES R. BOYD
                                        UNITED STATES MAGISTRATE JUDGE